```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2023
```



**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: (212) 356-2456

February 23, 2023

**VIA ECF**
Hon. Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *H.B. v. New York City Dept. of Educ.* 22-cv-6228 (VEC)(SN)

Dear Judge Caproni:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Honorable Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

    On behalf of all parties, I write to advise the Court that this case has settled. Accordingly, the parties request that all pending deadlines and appearances be cancelled, and that they be granted 30 days to file the finalized settlement documents.

    Thank you for considering this request.

Respectfully submitted,

/s/
Marina Moraru
Special Assistant Corporation Counsel

cc: Irina Roller (via ECF)

IT IS HEREBY ORDERED that Plaintiff's claims are DISMISSED with prejudice.

Within **30 days** of this order, the parties may apply to reopen this case. Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within 30 days. Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**: (1) their settlement agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

The Clerk of Court is respectfully directed to terminate all open motions and deadlines and to close this case.

SO ORDERED.

Date: 2/27/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE