UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

H.B., individually and on behalf of the child, L.B.,

                              Plaintiff,

– against –

New York City Department of Education,

                              Defendant.

-------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

22-cv-6228 (VEC)(SN)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.      The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated:   New York, New York
         February 27, 2023

**Law Offices of Irina Roller, PLLC**
*Attorney for Plaintiff*
40 Wall Street, Ste. 2508
New York, New York 10005
(212) 688-1100
Hearings@rolleresq.com

By:  *s/ Irina Roller*
     Irina Roller, Esq.

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
*Attorney for Defendant*
100 Church Street, 2nd Fl
New York, New York 10007
(212) 356-2456
MMoraru@law.nyc.gov

By:  *Marina Moraru*
     Marina Moraru, Esq.
     Assistant Corporation Counsel


SO ORDERED:

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE